IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RALPH BROWN,

    Plaintiff,

v.

CHAMPION ENTERPRISES, INC., et al.

    Defendants.

RECEIVED

2006 JUL 19 P 2:09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case Number: 2:06cv642-MEF

## CERTIFICATE

I hereby certify that the defendant, Champion Home Builders Co. (improperly named in the Complaint as Champion Home Builders Co., Inc.), by and through counsel in the above-styled action, gave written notice to the plaintiff on the 19th day of July, 2006, of the filing in this Court of the Notice of Removal in the above-styled cause. I further certify that a copy of the Notice of Removal was mailed to be filed with the Clerk for the Circuit Court of Barbour County County, Alabama and mailed to the plaintiff's attorney.

Respectfully submitted this 19th day of July, 2006.

Respectfully submitted,

RITCHEY & RITCHEY, P.A.

_____
Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Champion Home Builders Co.

OF COUNSEL:
**RITCHEY & RITCHEY, P.A.**
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
Direct Dial: (205) 271-3105
Facsimile: (205) 271-3111

1

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a copy of the foregoing has been served upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103

by placing a copy of same in the United States Mail, postage prepaid, on this the 19th day of _____, 2006.

_____
OF COUNSEL