IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH BROWN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case Number |
| | * |
| CHAMPION ENTERPRISES, INC., *et al.* | * |
| | * |
| Defendants. | * |

RECEIVED

2006 JUL 19 P 2: 09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:06 cv 642-MEF

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW,** Champion Home Builders Co. (improperly named in the Complaint as Champion Home Builders Co., Inc.), and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that Champion Enterprises, Inc., a publicly held corporation, owns all of Champion Home Builders Co.'s stock.

Respectfully submitted,

RITCHEY & RITCHEY, P.A.

Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Champion Home Builders Co.

OF COUNSEL:
**RITCHEY & RITCHEY, P.A.**
P.O. Drawer 590069
Birmingham, Alabama  35259-0069
Direct Dial:    (205) 271-3105
Facsimile:     (205) 271-3111

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a copy of the foregoing has been served upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103

by placing a copy of same in the United States Mail, postage prepaid, on this the 19th day of _____, 200_6_.

_____
OF COUNSEL