IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RALPH BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-642-MEF |
| ) | |
| CHAMPION ENTERPRISES, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. #5) filed on July 26, 2006, it is hereby ORDERED that:

1. The plaintiff shall file a response which shall include a brief and any evidentiary materials on or before August 10, 2006.

2. The defendant may file a reply brief on or before August 17, 2006.

DONE this 27th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE