IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RALPH BROWN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case Number:** |
| v. | ) | **2:06-CV642-MEF** |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al. | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S MOTION FOR ENLARGMENT OF TIME IN WHICH TO
CONDUCT DISCOVERY AND RESPOND TO DEFENDANT CHAMPION
ENTERPRISES, INC.'S MOTION TO DISMISS**

COMES NOW, the Plaintiff by and through his undersigned counsel of record and hereby respectfully requests this Honorable Court for an enlargement of time in which to conduct discovery and respond to Defendant Champion Enterprises, Inc.'s Motion to Dismiss, and as grounds, therefore, states the following:

1.    On June 19, 2006, Plaintiff filed his complaint.

2.    On July 19, 2006, Defendant Champion Home Builders Co., Inc. removed this action to this Honorable Court.

3.    On July 26, 2006, Defendant Champion Enterprises, Inc., filed its Motion to Dismiss or, in Alternative, Motion for Summary Judgment.

4.    On August 9, 2006, Plaintiff filed his response to Defendant, Champion Enterprises, Inc.'s Motion to Dismiss or, in Alternative, Motion for Summary Judgment.

5.    On August 24, 2006, this Honorable Court entered an Order giving Plaintiff until September 25, 2006 to conduct limited discovery and respond to Defendant Champion Enterprises, Inc.'s Motion to Dismiss.

6.    Plaintiff will need to complete the following discovery in order to respond to Defendant Champion Enterprises, Inc.'s Motion to Dismiss.

a.    Depositions of the Corporate Representatives of Champion Enterprises, Inc. and Champion Home Builders Co., Inc.

b.      Request and receive adequate responses from defendants to request for production.

c.      Request and receive adequate responses from defendants to interrogatories.

d.      Request and receive adequate responses from defendants to request for admissions.

7.      As long as defendants cooperate, Plaintiff will need 90 days in which to complete the above discovery.

Wherefore, premises considered, Plaintiff respectfully requests this Court grant his request for an enlargement of time in which to conduct discovery and respond to Defendant Champion Enterprises, Inc.'s Motion to Dismiss.


/s/ C. Gibson Vance
C. Gibson Vance (ASB-1923-N77C)

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

Gregory S. Ritchey, Esquire
Richard S. Walker, Esquire
Ritchey & Ritchey, P.A.
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
greg@ritcheylaw.com
richard@ritcheylaw.com


/s/ C. Gibson Vance
OF COUNSEL