IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RALPH BROWN,                              )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )    CASE NO. 2:06-cv-642-MEF
                                         )
CHAMPION ENTERPRISES, INC., *et al.,*    )
                                         )
        Defendants.                      )

# **O R D E R**

This cause is before the Court on Plaintiff's Motion for Enlargement of Time (Doc.
# 9). Upon consideration, it is hereby ORDERED that the motion is GRANTED. Plaintiff's
response to the motion to dismiss is now due on or before November 28, 2006 and
Defendants' reply is now due on or before December 5, 2006. Discovery may relate only
to personal jurisdiction.

DONE this the 1st day of September, 2006.


_____
            /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE