2:06CV642 BROWN

STRICKEN AS AN ERRONEOUS DOCKET
ENTRY.   DISREGARD.