**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 2, 2006

# NOTICE OF ERROR

To:    All Counsel of Record

**Case Style:   Brown v. Champion Enterprises, Inc. et al**

**Case Number:    2:06-cv-00642-MEF**

**Referenced Pleading:  ORDER**
**Docket Entry Number:    13**

**The referenced ORDER was filed on \*\*October 2, 2006\*\* in this case and is hereby STRICKEN as a erroneous docket entry.**

**Parties are instructed to disregard #13 docketing entry, which has been stricken from the record as a docketing error.**