IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH BROWN, ) | |
| Plaintiff, ) | |
| ) | Case Number: |
| v. ) | 2:06-CV642-MEF |
| ) | |
| CHAMPION ENTERPRISES, INC., et al. ) | |
| Defendants. ) | |

### PLAINTIFFS' MOTION FOR LEAVE TO SEAL

COMES NOW, the Plaintiff by and through his undersigned counsel and hereby, files this his Motion for Leave to Seal Plaintiff's Response to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment and exhibits attached to motion, and as grounds therefore, the Plaintiff would state as follows:

1. On September 28, 2006, a protective order was filed in this case (Doc. No. 12).

2. Documents referenced and attached as exhibits to Plaintiff's Response to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment are documents that were either introduced during Champion Enterprises Inc.'s Corporate Representative's deposition, obtained from Champion Enterprises Inc.'s website, or documents produced by Plaintiff's expert, Edward W. Sauls.

Pursuant to Paragraph b of the Order on Motion and Stipulated Protective Order-Confidentiality (Doc. No. 15), Plaintiff, Ralph Brown hereby respectfully requests this Honorable Court order Plaintiff's Response to Defendant's Motion

to Dismiss or, in the Alternative, Motion for Summary Judgment and exhibits attached be sealed.

Respectfully submitted this 28th of November, 2006.

C. Gibson Vance (ASB-1923-N77C)

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document upon all counsel of record as listed below by placing the same in the United States mail, properly addressed and first class postage prepaid on this the 28th day of November, 2006.

Gregory S. Ritchey, Esquire
Richard S. Walker, Esquire
Ritchey & Ritchey, P.A.
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
greg@ritcheylaw.com
richard@ritcheylaw.com

_____
OF COUNSEL