IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Number: |
| v. ) | 2:06-CV642-MEF |
| ) | |
| CHAMPION ENTERPRISES, INC., et al. ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER

**COMES NOW,** the Plaintiff by and through his undersigned counsel of record, and hereby responds to this Honorable Court's Motion to Show Cause and responds as follows:

1. Plaintiff was under the impression that he was required to file, under seal, any documents that were covered by the protective order. Plaintiff has no independent desire or need for the documents to be filed under seal.

2. Plaintiff does not have a position as to whether any of the documents are proprietary in nature.

Wherefore, based upon the above, Plaintiff respectfully submits to this Honorable Court that Plaintiff is willing to withdraw his Motion for Leave to Seal, if the Court feels said motion is due to be withdrawn.

Respectfully submitted this 22nd day of December 2006.

/s/ C. Gibson Vance
C. Gibson Vance (ASB-1923-N77C)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

Gregory S. Ritchey, Esquire
Richard S. Walker, Esquire
Ritchey & Ritchey, P.A.
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
greg@ritcheylaw.com
richard@ritcheylaw.com


/s/ C. Gibson Vance
OF COUNSEL