**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

December 28, 2006

# NOTICE OF ERROR

To:     All Counsel of Record

**Case Style:   Brown v. Champion Enterprises, Inc. et al**

**Case Number:    2:06-cv-00642-MEF**

**Referenced Pleading:    Motion to accept as timely filed**
**Docket Entry Number:    22**

**The referenced pleading was filed on \*\*December 28, 2006\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry pursuant to telephone conversation with E-Filer.  Pleadings will be re-filed correctly.**

**Parties are instructed to disregard #22 docketing entry, which has been stricken from the record as a docketing error.**