IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH BROWN, | * |
| Plaintiff, | * |
| v. | *   Case Number: 2:06-CV642-MEF |
| CHAMPION ENTERPRISES, INC., *et al.* | * |
| Defendants. | * |

## MOTION TO ALTER, AMEND OR VACATE

**COME NOW**, Champion Enterprises, Inc. (hereinafter referred to as "CEI") and Champion Home Builders Co. (improperly named in the Complaint as Champion Home Builders Co., Inc.) (hereinafter referred to as "CHB"), by and through counsel of record, and move this Honorable Court to alter, amend or vacate its Protective Order (Doc. #15) dated the 3rd day of October, 2006, and in support thereof states as follows:

1. CEI and CHB hereby adopt and incorporate CEI's Response to Memorandum Opinion and Order as if the same were set out herein in full.

2. For the reasons stated in this Court's Memorandum Opinion and Order (Doc. #20) dated the 18th day of December, 2006, CEI and CHB respectfully request that the Protective Order-Confidentiality attached as Exhibit "A" to CEI's Response to Memorandum Opinion and Order be entered in place of the current Protective Order (Doc. #15).

3. The Protective Order-Confidentiality attached as Exhibit "A" to CEI's Response to Memorandum Opinion and Order would allow the parties to mark only specific documents confidential and only move to seal those select documents.

1

4. Prior to filing this motion, an attempt was made to reach an agreement as to the Protective Order-Confidentiality attached as Exhibit "A" to CEI's Response to Memorandum Opinion and Order as more fully set forth in CEI's Response to Memorandum Opinion and Order being filed in this matter.

**WHEREFORE, PREMISES CONSIDERED,** CEI and CHB respectfully request that the Protective Order (Doc. #15) be altered, amended or vacated to reflect the provisions found in Exhibit "A" to CEI's Response to Memorandum Opinion and Order and for such other or different relief as is just.

Respectfully submitted,

**RITCHEY & RITCHEY, P.A.**

_____
Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Champion Home Builders Co.
and Champion Enterprises, Inc.

**OF COUNSEL:**
**RITCHEY & RITCHEY, P.A.**
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
Direct Dial:    205.271.3105
Facsimile:      205.271.3111

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 28th day of December, 200 6 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103

_____
OF COUNSEL

3