IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RALPH BROWN, | * | |
| Plaintiff, | * | |
| v. | * | Case Number: 2:06-CV642-MEF |
| CHAMPION ENTERPRISES, INC., *et al.* | * | |
| Defendants. | * | |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION

**COME NOW,** Gregory S. Ritchey and Richard S. Walker, formerly of Ritchey & Ritchey, P.A., give notice to the clerk of court and counsel of record of their change in firm affiliation, and hereby provide their new contact information set forth below:

Gregory S. Ritchey, Esquire
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 35216-3084
Telephone:   205.876.1600
Facsimile:   205.876.1616
Email: gsritchey@ritcheysimpson.com

Richard S. Walker, Esquire
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 25216-3084
Telephone: 205.876.1600
Facsimile: 205.876.1616
Email: rswalker@ritcheysimpson.com

Respectfully submitted,

RITCHEY & SIMPSON, PLLC


/s/Gregory S. Ritchey
  Gregory S. Ritchey, Esquire        {RIT010}
  Richard S. Walker, Esquire         {WAL157}
Counsel for Champion Home Builders Co.

OF COUNSEL:
**RITCHEY & SIMPSON, PLLC**
3288 Morgan Drive, Suite 100
Birmingham, AL 35216-3084
Phone:   205.876.1600

Facsimile    205.876.1616

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that on the 28th day of June 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire  
W. Daniel Miles, III, Esquire  
C. Gibson Vance, Esquire  
BEASLEY, ALLEN, CROW,  
METHVIN, PORTIS & MILES, P.C.  
Post Office Box 4160  
Montgomery, AL  36103

                                                /s/Gregory S. Ritchey  
                                                OF COUNSEL