IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RALPH BROWN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case Number: 2:06-CV-642-MEF** |
| v. | ) | |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al. | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## MOTION FOR LEAVE TO AMEND

COMES NOW, Plaintiff, by and through counsel of record, pursuant to the Court's July 31, 2007 Order to show cause as the why Defendant's Motion for Leave to Amend its reply should not be granted.

Plaintiff has no objection to Defendant Champion Enterprises, Inc. amending its reply to Plaintiff's Response to Champion Enterprises, Inc.'s Motion to Dismiss or, in the alternative, Motion for Summary Judgment in order to advise the Court of the decision in Nicholas Strickland, et al. v. Champion Enterprises, Inc., et al., Case No. 1:06-cv-682-TFM.  However, Plaintiff would note that the ruling in Strickland is not controlling on this Court.

/s/ C. Lance Gould
C. LANCE GOULD (ASB-0913-G66C)
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Attorneys at Law
Post Office Box 4160
Montgomery, AL  36103-4160
(334) 269-2343
(334) 954-7555 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have electronically filed the original of the foregoing document in this Court and served a copy upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 6th day of August, 2007.

/s/ C. Lance Gould
OF COUNSEL

Gregory S. Ritchey
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama  35216