IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RALPH BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-642-MEF |
| | ) |
| CHAMPION ENTERPRISES, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for Leave to File (Doc. #29) filed on July 20, 2007, and the response of the plaintiff thereto, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 8th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE