IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH BROWN, | * |
| Plaintiff, | * |
| v. | *　Case Number: 2:06-CV642-MEF |
| CHAMPION ENTERPRISES, INC., *et al.* | * |
| Defendants. | * |

## JOINT STIPULATION OF DISMISSAL

**COME NOW**, the parties, by and through counsel, and pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure,* voluntarily dismiss Champion Enterprises, Inc. from the above referenced matter.

**WHEREFORE PREMISES CONSIDERED**, the parties pray that Champion Enterprises, Inc. will be dismissed, without prejudice, costs taxed as paid, and for such other, further and different relief as may be just.

Respectfully submitted,

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.

_____
C. Lance Gould, Esquire (ASB-0913-G66C)
Attorney for Plaintiff

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C
Post Office Box 4160
Montgomery, AL 36103
Telephone:　334.269.2343
Facsimile:　334.954.7555

1

Respectfully submitted,

RITCHEY & SIMPSON, PLLC

_____
Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Champion Home Builders Co.
and Champion Enterprises, Inc.

**OF COUNSEL:**
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, AL 35216-3084
Phone:      205.876.1600
Facsimile   205.876.16111

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 16th day of Aug, 200 7, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103

_____
OF COUNSEL

2