IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH BROWN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-642-MEF |
| | ) |
| CHAMPION ENTERPRISES, INC., *et al.,* | ) |
| | ) |
| DEFENDANTS. | ) |

## **ORDER**

In light of this Court's Order of August 17, 2007 (Doc. # 34), which dismissed from this case Champion Enterprises, Inc.**,** it is hereby ORDERED that

(1) Defendant Champion Home Builders Co., Inc. is directed to SHOW CAUSE why this Court should not DISMISS the Motion to Strike Jury Demand (Doc. # 11), filed September 7, 2006 as MOOT;

(2) Plaintiff's Motion to Seal (Doc. # 16), filed November 28, 2006, is GRANTED;

(3) Defendant's Motion to Seal (Doc. # 18), filed December 4, 2006, is GRANTED; and

(4) Defendant's Motion to Alter Judgment (Doc. # 25) is DENIED with LEAVE TO REFILE in light of Magistrate Judge Susan Russ Walker's Order in *Allen v. Champion Enterprises, Inc.*, 06-cv-681 (M.D. Ala. November 6, 2007) (Doc. # 41).

DONE this 20th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE