IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RALPH BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-642-MEF |
| | ) |
| CHAMPION ENTERPRISES, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is hereby ORDERED that defendant Champion Home Builders Co., Inc. respond to the Court's order dated November 20, 2007 (Doc. #35) on or before December 5, 2007.

DONE this the 29th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE