IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH BROWN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-642-MEF |
| | ) |
| CHAMPION ENTERPRISES, INC., *et al.,* | ) |
| | ) |
| DEFENDANTS. | ) |

## **ORDER**

On November 20, 2007, this Court entered an Order that, among other things, directed Defendant Champion Home Builders ("CHB") to show cause why this Court should not dismiss the Motion to Strike Jury Demand (Doc. # 11), filed September 7, 2006, as moot. On November 29, 2007, this Court entered an order setting a deadline for CHB's response for December 5, 2007. CHB has to this date failed to respond to this Order.

For the reasons stated herein, Defendant Champion Home Builders Co., Inc. is hereby directed to SHOW CAUSE on or before **December 21, 2007**, why this Court should not DISMISS the Motion to Strike Jury Demand (Doc. # 11), filed September 7, 2006, as moot.

DONE this 12th day of December, 2007.

                /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE