IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH BROWN, | * |
| Plaintiff, | * |
| v. | * Case Number: 2:06-CV642-MEF |
| CHAMPION ENTERPRISES, INC., *et al.* | * |
| Defendants. | * |

## RESPONSE TO SHOW CAUSE ORDER

**COMES NOW** Champion Home Builders Co. and in response to the Show Cause Order (Doc. 43), states that it agrees with the Court's position that the Motion to Strike Jury Demand (Doc. 11) is moot.

**WHEREFORE, PREMISES CONSIDERED**, Champion Home Builders Co. prays that the Motion to Strike Jury Demand (Doc. 11) filed December 7, 2007 be considered as moot and should be dismissed pursuant to the Court's Show Cause Order (Doc. 43).

Respectfully submitted,

RITCHEY & SIMPSON, PLLC


/s/ Gregory S. Ritchey
Gregory S. Ritchey, Esquire (ASB-8193-H68G)
Richard S. Walker, Esquire {ASB-8719-L70R}

OF COUNSEL:
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, AL 35216-3084
Phone:      205.876.1600
Facsimile   205.876.1616

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 13th day of December, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

/s./ Gregory S. Ritchey
OF COUNSEL