IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RALPH BROWN, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-642-MEF |
| | ) |
| CHAMPION ENTERPRISES, INC., *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Strike (Doc. #11) filed on September 7, 2006, it is hereby

ORDERED that the motion is DENIED as moot..

DONE this the 18th day of December, 2007.

                                     /s/ Mark E. Fuller
                               CHIEF UNITED STATES DISTRICT JUDGE