IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RALPH BROWN, | * | |
| Plaintiff, | * | |
| v. | * | Case Number: 2:06-CV642-MEF |
| CHAMPION ENTERPRISES, INC., *et al.* | * | |
| Defendants. | * | Unopposed |

### MOTION TO AMEND UNIFORM SCHEDULING ORDER

**COMES NOW** Champion Home Builders Co., improperly named in the Complaint as Champion Home Builders Company, Inc. (hereinafter referred to as "CHB") by and through counsel, and moves to amend Section 8 of the Uniform Scheduling Order (Doc. No. 47), and as grounds therefore states as follows:

1. This case involves an alleged design defect in a manufactured home and there will be various experts employed and deposed in the matter.

2. It is believed that in order to schedule inspections and expert depositions, that the deadlines for the disclosure of persons that may be used at trial to present evidence under Rule 70, 702, 703, or 705 of the Federal Rules of Evidence, and provide the reports of retainer experts or witnesses whose duties as an employee of the party regularly involved giving expert testimony, required by Rule 26(a)(2) of the Federal Rules of Civil Procedure be amended as follows:

        From the plaintiff(s)      May 1, 2008

        From the defendant(s)    August 29, 2008

**WHEREFORE, PREMISES CONSIDERED**, CHB prays that the Uniform Scheduling order (Doc. No. 47) be amended, and for such other and different relief as is just.

Respectfully submitted,

RITCHEY & SIMPSON, PLLC

Gregory S. Ritchey, Esquire    (ASB-8193-H68G)
Richard S. Walker, Esquire    (ASB-8719-L70R)
Counsel for Champion Home Builders Co., improperly named in the Complaint as Champion Home Builders Company, Inc.

OF COUNSEL:
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, AL 35216-3084
Phone:       205.876.1600
Facsimile    205.876.1616

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 4th day of Feb_____, 200_X_, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
Roman A. Shaul
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103

OF COUNSEL