IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RALPH BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-642-MEF |
| ) | |
| CHAMPION ENTERPRISES, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the defendants' Motion to Amend Uniform Scheduling Order (Doc. #48) filed on February 4, 2008, it is hereby

ORDERED that the motion is GRANTED. Section 8 of the Uniform Scheduling Order entered by the court on January 30, 2008 is amended to read as follows:

**SECTION 8.** The parties shall disclose to each other the identity of ANY person who may be used at trial to present evidence under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence, and provide the reports of retained experts or witnesses whose duties as an employee of the party regularly involved giving expert testimony, required by Rule 26(a)(2) of the Federal Rules of Civil Procedure, as follows:

From the plaintiff(s) – **May 1, 2008**

From the defendant(s) – **August 29, 2008.**

The parties shall comply fully with all requirements of Rule 26(a)(2) in regard to disclosure of expert testimony.

DONE this the 7th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE