IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

RALPH BROWN,                                )
                                            )
          Plaintiff,                        )
v.                                          )     CASE NO. 2:06-cv-642-MEF
                                            )
CHAMPION ENTERPRISES, INC., *et al.,*       )
                                            )
          Defendants.                       )

# **O R D E R**

Upon consideration of the defendant's Motion to Stay Pending Settlement (Doc.

#50) filed on April 7, 2008, it is hereby

ORDERED that the motion is GRANTED to and including July 7, 2008.

DONE this the 9th day of April, 2008.


                              _____
                                      /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE