IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RALPH BROWN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case Number:  2:06-CV642-MEF |
| | * | |
| CHAMPION ENTERPRISES, INC., *et al.* | * | |
| | * | |
| Defendants. | * | |

### NOTICE OF CHANGE OF FIRM ADDRESS

**COMES NOW** Champion Home Builders Co., the remaining Defendant in the

above matter and files this Notice of Change of Firm Address as follows:

Gregory S. Ritchey, Esquire
RITCHEY & SIMPSON, PLLC
2700 Highway 280, Suite 203 West
Birmingham, Alabama  35223
Telephone:    205.876.1600
Facsimile:    205.876.1616
Email: gsritchey@ritcheysimpson.com

Richard S. Walker, Esquire
RITCHEY & SIMPSON, PLLC
2700 Highway 280, Suite 203 West
Birmingham, Alabama  35223
Telephone: 205.876.1600
Facsimile: 205.876.1616
Email: rswalker@ritcheysimpson.com

Respectfully submitted,

RITCHEY & SIMPSON, PLLC

/s Gregory S. Ritchey
Gregory S. Ritchey, Esquire {ASB-8193-H68G
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Champion Home Builders Co.,
improperly named in the Complaint as
Champion Home Builders Company, Inc.

OF COUNSEL:
RITCHEY & SIMPSON, PLLC
2700 Highway 280, Suite 203 West
Birmingham, AL 35223
Phone:        205.876.1600
Facsimile     205.876.1616

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, do hereby certify that on the 29th day of May 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
Roman A. Shaul
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

/s Gregory S. Ritchey
OF COUNSEL