IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RALPH BROWN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case Number: 2:06-CV642-MEF |
| | * | |
| CHAMPION ENTERPRISES, INC., *et al.* | * | |
| | * | Unopposed |
| Defendants. | * | |

## JOINT STIPULATION FOR DISMISSAL

**COME NOW** the Plaintiff and Champion Home Builders Co., improperly named in the Complaint as Champion Home Builders Company, Inc., the remaining Defendant in the above matter, by and through their respective counsel, and state as follows:

A settlement has been reached with respect to all aspects and with respect to all claims against Defendant in the above-styled matter. Therefore, counsel for Plaintiff and Defendant move that Champion Home Builders Co. and all claims made by Plaintiff against Champion Home Builders Co. be dismissed, with prejudice, costs taxed as paid.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned counsel pray for an order dismissing Champion Home Builders Co. and all claims made by Plaintiff against Champion Home Builders Co. from the above-referenced cause, with prejudice.

Respectfully submitted this ___ day of _____, 2008.

Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Champion Home Builders Co., improperly named in the Complaint as Champion Home Builders Company, Inc.
RITCHEY & SIMPSON, PLLC
The Mountain Brook Center
2700 Highway 280, Suite 203 West
Birmingham, AL 35223-2468

_____
C. Lance Gould, Esquire
Counsel for Plaintiff
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, AL 36103